**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

EDWARD LEE BASKIN,

    Plaintiff,

v.                                                    CASE NO. 3:21cv825-MCR-HTC

P.E. WHITE, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 10, 2021, ECF No. 2, which recommends this case be dismissed without prejudice for Plaintiff's failure to comply with this Court's Local Rules. The Plaintiff was given time to file objections to the Report and Recommendation.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 2, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with this Court's Local Rules.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**